FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> RANDY LEON YOAKUM <br>     Defendant. | CR 03-927-JFW <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  [X]  the appearance of defendant as required; and/or

    (B)  [X]  the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

Defendant submitted to detention
_____
_____
_____
_____

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant submitted to detention
_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 3-13-2013

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2